UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BAGWELL,

    Plaintiff,

v.                                      Case No. 13-11553

MICHAEL BOUCHARD, et al.,

    Defendants.
                                          /

**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR WANT OF PROSECUTION**

      Plaintiff James Bagwell, an inmate in Oakland County Jail, has sued various staff members at the jail for violating his civil rights.  The court mailed to Plaintiff an order of deficiency and a reminder to keep the court apprised of his current address.  Both documents were mailed to the address Plaintiff listed in the complaint as his place of confinement, but were returned to the court as undeliverable.

      Plaintiff elected to initiate this case and, as such, has certain responsibilities. Plaintiff has failed to fulfill these responsibilities by not providing the court with an address at which he can be contacted.  Eastern District of Michigan Local Rule 41.2 provides that if the parties have not taken action within a reasonable time, the court may enter an order dismissing the case for lack of prosecution.  While Rule 41.2 contemplates giving a party reasonable notice before dismissal, in this case the court has no way to provide such notice.  Accordingly,

IT IS ORDERED that Plaintiff's complaint [Dkt. # 1] is DISMISSED WITHOUT PREJUDICE for want of prosecution.

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  May 21, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 21, 2013, by electronic and/or ordinary mail.

      s/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522